1
2
3
4                                                              O
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10
11  RALPH DUARTE,                    )  Case No. CV 12-3585-CAS (OP)
                                     )
12              Petitioner,           )  ORDER ACCEPTING FINDINGS,
         v.                          )  CONCLUSIONS, AND
13                                   )  RECOMMENDATIONS OF
                                     )  UNITED STATES MAGISTRATE
14  MIKE McDONALD, Warden,            )  JUDGE
                                     )
15                                   )
                Respondent.           )
16  _____)

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18  file, the Report and Recommendation of the United States Magistrate Judge, and
19  Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those
20  portions of the Report and Recommendation to which Petitioner has objected. The
21  Court accepts the findings and recommendations of the Magistrate Judge,
22  / / /
23  / / /
24  / / /
25
26
27
28

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 7, 2013

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge