JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DUARTE, | Case No. CV 12-3585-CAS  (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| MIKE McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  October 7, 2013

_Christine A. Snyder_
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_[signature]_
HONORABLE OSWALD PARADA
United States Magistrate Judge